# Exhibit A

JAMES KRUEGER, ESQ. 492
2065 Main Street, Suite 102
Wailuku, Maui, Hawaii 96793
(808) 244-7444 (Telephone)
(808) 244-4177 (Facsimile)

Attorney for Plaintiff
#20-09 JK:smh

**Electronically Filed
SECOND CIRCUIT
2CCV-20-0000232
23-SEP-2020
04:11 PM**

IN THE CIRCUIT COURT OF THE SECOND CIRCUIT

STATE OF HAWAII

| | |
|---|---|
| JEAN ELLEN POSEY, | ) CASE NO. 2CCV-20-0000232 |
| Plaintiff, | ) FIRST AMENDED COMPLAINT; |
| vs. | ) SUMMONS |
| 90210 MANAGEMENT COMPANY, LLC, JOHN DOES 1-5, JOHN DOE CORPORATIONS 1-5, JOHN DOE PARTNERSHIPS 1-5, ROE NON-PROFIT CORPORATIONS 1-5, AND ROE GOVERNMENTAL AGENCIES 1-5, | ) |
| Defendants. | ) |

FIRST AMENDED COMPLAINT

1. At all times relevant herein, plaintiff was a citizen and resident of the State of California.

2. At all times relevant herein, 90210 Management Company, LLC, was incorporated under the law of Hawaii, having its principal place of business and doing business at 3850 Wailea Alanui Drive, Wailea, Maui, Hawaii 96753.

3. At all times relevant herein, defendants, and/or any of them, owned and/or operated and maintained a first-class resort hotel property known as the Grand Wailea Resort, situate at 3850 Wailea Alanui Drive, Wailea, Maui, Hawaii 96753 (hereinafter "premises").

4. Plaintiff has diligently and in good faith attempted to ascertain names, identities,

and possible defendants whose identities are presently unknown to plaintiff. Despite the foregoing, the identities of other defendants, excluding those described in paragraph 3 above, whose conduct may have been a legal cause of plaintiff's injuries and damages, remain unknown to plaintiff.

5. Plaintiff alleges on information and belief that, directly or indirectly, the conduct of other defendants, other than those described in paragraph 3 above, presently unknown to plaintiff, was or may have been a legal cause of the occurrence complained of and/or the injury, damage, or loss thereby sustained by plaintiff, as a result of which all defendants, identified and unidentified, may be legally, jointly and severally liable to plaintiff for injuries and losses sustained, inasmuch as the conduct of each defendant may have coincided with and/or occurred with that of each and every other defendant named and unnamed.

6. All events described herein occurred in the County of Maui, State of Hawaii, so that this Court is the appropriate venue for, and has jurisdiction over, this proceeding and the parties herein.

7. On December 11, 2019, plaintiff was lawfully upon the premises of defendants, and/or any of them, whereat she was caused to fall.

8. At all times relevant herein, defendants, and/or any of them, negligently created, caused, allowed to exist, owned, leased, operated, cleaned, controlled, managed, and/or supervised, failed to inspect and/or maintain its premises and/or warn about and/or failed to eliminate an unreasonably dangerous condition on the premises, which condition, a walkway on the premises, was foreseeably hazardous to patrons of defendant, and/or any of them, including plaintiff, and created an unreasonable risk of harm to her, such being a cause of plaintiff's fall at the premises.

9. On December 11, 2019, the aforesaid walkway had planters on each side of it. See photograph below.

////

////

Exhibit A



      10.     On December 11, 2019, the planters, shown above, had linearly, parallel spaces in between them and the walkway, so that plaintiff's foot, while she was walking on the walkway, became caught therein causing her to fall.

      11.     Negligence of defendants, and/or that of any of them, mentioned above, was a cause of plaintiff's fall.

      12.     Plaintiff engaged in no negligent conduct which was a legal cause of her injuries.

      WHEREFORE, upon a hearing hereof, as a legal result of the foregoing, plaintiff prays that judgment be entered in her favor and against defendants, and/or and of them, jointly and severally, for physical and/or mental injuries, suffering, emotional distress, enjoyment of life's activities, expenses incurred for the treatment of injuries suffered, and/or other damages as to which she shall be entitled pursuant to proof adduced at trial, together with costs of suit, attorney's fees, pre-judgment interest, post-judgment interest, and such other and further relief as to which she shall be entitled pursuant to Rule 54(c), <u>Hawaii Rules of Civil Procedure</u>.

- 3 -             N:\Posey\Complaint(amd)

Exhibit A

DATED:  Wailuku, Maui, Hawaii, September 23, 2020.

<u>/s/ JAMES KRUEGER, ESQ.</u>
JAMES KRUEGER, ESQ.
Attorney for plaintiff

N:\Posey\Complaint(amd)

Exhibit A

| **STATE OF HAWAI‘I**<br>CIRCUIT COURT OF THE<br>SECOND CIRCUIT | **SUMMONS**<br>TO ANSWER CIVIL COMPLAINT | |
|---|---|---|
| CASE NUMBER<br>2CCV-20-0000232 | PLAINTIFF'S NAME & ADDRESS, TEL. NO.<br>c/o JAMES KRUEGER, ESQ.<br>2065 Main Street, Suite 102<br>Wailuku, Maui, Hawaii<br>808-244-7444<br>mauswim@maulaw.net | |
| PLAINTIFF<br>JEAN ELLEN POSEY | | |
| DEFENDANT(S)<br>90210 MANAGEMENT COMPANY, LLC, JOHN DOES 1-5, JOHN DOE CORPORATIONS 1-5, JOHN DOE PARTNERSHIPS 1-5, ROE NONPROFIT CORPORATIONS 1-5,<br>AND ROE GOVERNMENTAL AGENCIES 1-5, | | |

**TO THE ABOVE-NAMED DEFENDANT(S)**

You are hereby summoned and required to filed with the court and serve upon
JAMES KRUEGER, ESQ.
2065 Main Street, Suite 102
Wailuku, Maui, Hawaii
808-244-7444

_____,
plaintiff's attorney, whose address is stated above, an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the date of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**THIS SUMMONS SHALL NOT BE PERSONALLY DELIVERED BETWEEN 10:00 P.M. AND 6:00 A.M. ON PREMISES NOT OPEN TO THE GENERAL PUBLIC, UNLESS A JUDGE OF THE ABOVE-ENTITLED COURT PERMITS, IN WRITING ON THIS SUMMONS, PERSONAL DELIVERY DURING THOSE HOURS.**

**A FAILURE TO OBEY THIS SUMMONS MAY RESULT IN AN ENTRY OF DEFAULT AND DEFAULT JUDGMENT AGAINST THE DISOBEYING PERSON OR PARTY.**

DATE ISSUED _____

Effective Date of 28-Oct- 2019
Signed by: /s/ D. Pellazar Clerk,
2nd Circuit, State of Hawai`i



 If you need an accommodation for a disability when participating in a court program, service, or activity, please contact the ADA Coordinator as soon as possible to allow the court time to provide an accommodation:
Call (808) 244-2855 FAX (808) 244-2932 OR Send an e-mail to: adarequest@courts.hawaii.gov. The court will try to provide, but cannot guarantee, your requested auxiliary aid, service or accommodation.

Exhibit A